U.S.

v.

Stanley J. MCCLAIN

No. 17-0517/AR

U.S. Court of Appeals for
the Armed Forces.

August 23, 2017

CCA 20160303

DAILY JOURNAL

Interlocutory Orders

Appellant's motion to attach is granted.

U.S.

v.

Kory D. MANN

No. 17-0560/AR

U.S. Court of Appeals for
the Armed Forces.

August 24, 2017

CCA 20160335

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Jonathan B. STUMP, Jr.

No. 17-0561/AF

U.S. Court of Appeals for
the Armed Forces.

August 24, 2017

CCA 39081

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

Shawn T. PIERCE

No. 17-0562/AR

U.S. Court of Appeals for
the Armed Forces.

August 25, 2017

CCA 20160412

DAILY JOURNAL

Petitions for Grant of Review Filed

